# United States Bankruptcy Court
### Eastern District of New York

In re   **NRAD Medical Associates, P.C.**                     Case No.
                                           Debtor(s)          Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:   **July  6, 2015**                          **/s/ Nat Wasserstein**
                                                    **Nat Wasserstein/Chief Restructuring Consultant**
                                                    Signer/Title

Date:   **July  6, 2015**                          **/s/ Gerard R. Luckman, Esq.**
                                                    Signature of Attorney
                                                    **Gerard R. Luckman, Esq.**
                                                    **SilvermanAcampora LLP**
                                                    **100 Jericho Quadrangle**
                                                    **Suite 300**
                                                    **Jericho, NY 11753**
                                                    **516.479.6300   Fax: 516.479.6301**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

1000Bulbs.com
2140 Merritt Dr
Garland, TX 75041


1155 NOBO Associates, LLC
c/o Knightsbridge Propert
1155 Northern Blvd.
Suite 210
Manhasset, NY 11030


415 Northern Blvd. Realty
239 Great Neck Road
Attn: Hilbert Eshaghpour
Great Neck, NY 11021


520 Franklin Ave Owner
c/oPhillips International
Holding Corp- Acct. Dept
295 Madison Ave 2nd Flr
New York, NY 10017


80-164 Realty, LLC
80-15 164th Street
Attn: R. Leon Eisikowitz
Jamaica, NY 11432


A. Walsh Imaging Inc.
55 Cannonball Road
Pompton Lakes, NJ 07442-1705


A.L.L. Associates, LLC
1615 Northern Blvd.
Manhasset, NY 11030


Abbott Laboratories
P.O. Box 92679
Chicago, IL 60675-2679


Abbott Point Care Inc.
400 College Road East
Princeton, NJ 08540


Abbott Point of Care Inc.
400 College Road East
Princeton, NJ 08540

Accuracy
P.O. Box 204793
Dallas, TX 75320-4793


Adam Goldberg M.D.
22 Sycamore Lane
Roslyn Heights, NY 11577


Adam Goldberg MD
22 Sycamore Lane
Roslyn Heights, NY 11577


Advanced Data Systems Cor
The ADS Building
15 Prospect Street
Paramus, NJ 07652


AFA Protective Sys Inc.
155 Michael Drive
Syosset, NY 11791


Affiliated Imaging Group
224 Seventh Street
Garden City, NY 11530


Alice Kim, M.D.
14 Split Rock Lane
Syosset, NY 11791


Alpha Medical Equipment
10-12 Pine Court
New Rochelle, NY 10801


Ameeta Walia, D.O.
2001 Marcus Avenue
New Hyde Park, NY 11042


American Lock & Alarm
2300 Hempstead Turnpike
East Meadow, NY 11554


Amertex Textile Rental
231 Rider Avenue
Bronx, NY 10451

Amy Solan, M.D.
34 North 7th Street
Apt. TH3
Brooklyn, NY 11249


Answercall LTD
3580 Oceanside Rd
Oceanside, NY 11572


Antonino's Restaurant
999 Northern Blvd.
Manhasset, NY 11030


Apple Beeper
1580 Hylan Blvd.
Staten Island, NY 10305


Argon Medical Devices
PO Box 677482
Dallas, TX 75267


ASD Healthcare
P.O. Box 848104
Dallas, TX 75284-8104


ASD Healthcare
3101 Gaylord Parkway
Frisco, TX 75034


Astarita Association
414 Route 111
Smithtown, NY 11787


Bank of the West
Dept. LA 23091
Pasadena, CA 91185-3091


Bard Radiology Division
C.R. Bard, Inc.
P.O. Box 75767
Charlotte, NC 28275


Bayer HealthCare
P.O. Box 360172
Pittsburgh, PA 15251-6172

Beacon Health Partners
1600 Stewart Avenue
Suite 401
Westbury, NY 11590


Beacon Interdependent Pra
1600 Stewart Avenue
Suite 601
Westbury, NY 11590


Beacon IPA, LLC
1600 Stewart Avenue
Suite 401
Westbury, NY 11590


Beacon Physician Holdings
1600 Stewart Avenue
Suite 401
Westbury, NY 11590


Beekley Corporation
One Prestige Lane
Bristol, CT 06010


Bellmore Business Sys Inc
2765 Merrick Rd.
Bellmore, NY 11710


Berger & Sklaw
295 Madison Avenue
Attn: Ephraim Berger
Counsel to 80-164 Realty
New York, NY 10017


Best Climate Control
75 Orville Drive
Bohemia, NY 11716


Bilha Fish, M.D.
4 E. 82nd Street
New York, NY 10028


BioSmart
779 Horseblock Road
Farmingville, NY 11738

Blue Dot Holdings, LLC
990 Stewart Avenue
Suite 400
Garden City, NY 11530


Bostwick Laboratories Inc
100 Charles Lindbergh Blv
Uniondale, NY 11553


Bracco Diagnostics Inc.
PO Box 532411
Charlotte, NC 28290-2411


Broadwall Mgmt Corp
PO Box 3095
Hicksville, NY 11802-3095


Bryan Curry
40 Lodge Lane
East Setauket, NY 11733


Budget Computers
275 Hillside Ave
Suite 200
Williston Park, NY 11596


Cablevision Lightpath Inc
P.O. Box 360111
Pittsburgh, PA 15251-6111


Canon Financial Services
14904 Collections Cntr Dr
Chicago, IL 60693-0149


Canon Solutions America
15004 Collection Cntr Dr
Chicago, IL 60693


Cardinal Health
Nuclear Pharmacy Services
P.O. Box 905488
Charlotte, NC 28290-5488

Cardinal Health 414 LLC
25 Fairchild Avenue
Plainview, NY 11803


Cardinal Health 414, LLC
25 Fairchild Avenue
Plainview, NY 11803


Carestream Health, Inc.
Dept CH 19286
Palatine, IL 60055-9286


Carol Dunetz M.D.
746 Golf Drive
Valley Stream, NY 11581


Carr Business Systems
PO Box 28330
New York, NY 10087-8330


Catherine Maldjian
39 Fern Drive
Jericho, NY 11753


CDW Government
75 Remittance Dr
Suite 1515
Chicago, IL 60675-1515


Certilman Balin Adler
90 Merrick Avenue
Attn: Louis Soloway, Esq.
Attys for Stewart Comm.
East Meadow, NY 11554


Checkmate Plus Ltd
PO Box 696
Stony Brook, NY 11790-0696


CIT
21146 Network Place
Chicago, IL 60673-1211

Citiwaste, LLC
PO Box 360102
Brooklyn, NY 11236


Citiwaste, LLC
100-02 Farragut Road
Brooklyn, NY 11236


Citrix Systems, Inc
P.O. Box 931686
Atlanta, GA 31193-1686


Coastal Cleaning
98 Cornwell Avenue
Williston Park, NY 11596


Cohen, M.D., Arthur
19 Flag Lane
Manhasset Hills, NY 11040


Colucci, Richard
101 Second Street
Garden City, NY 11530


Complete Business Forms
67 North Broadway
Hicksville, NY 11801


Computer Administration
497 Chamberlin Street
East Meadow, NY 11554


Consolidated Technologies
10 Midland Avenue
Port Chester, NY 10573


Cooper Surgical, Inc.
PO Box 712280
Cincinnati, OH 45271-2280


Corinne Tobin, M.D.
171 Aldershot Lane
Manhasset, NY 11030

Corp Svcs Consultants LLC
PO Box 1048
Dandridge, TN 37725


Corsica Technologies
11 East 22nd Street
Third Floor
New York, NY 10010


County Surgical Supply
95 Ivy Hill Rd
Red Bank, NJ 07701


Creative Gowns Inc.
1548 18th St.
Chicago, IL 60693-0620


Cure Water Sys Inc.
4021 Austin Blvd
Island Park, NY 11558


Current Shldrs of NRAD
Attn: Dr. Daniel Benjamin
990 Stewart Avenue
Suite 400
Garden City, NY 11530


Curry, Bryan
40 Lodge Lane
East Setauket, NY 11733


Daniel Benjamin, M.D.
375 Trotting Lane
Westbury, NY 11590


Dasgupta, M.D., Jaya
11 Kinsale Court
Wappingers Falls, NY 12590


Data-Struction
3550 Hampton Road
Oceanside, NY 11572

DatCard
7 Goodyear
Irvine, CA 92618


David Ebling, M.D.
7005 Catamaran Way
Arverne, NY 11692


David Kaplan, M.D.
14 Split Rock Lane
Syosset, NY 11791


David Kaufman, M.D.
27 Shore Drive
Huntington, NY 11743


DC-3 Deli
676 Stewart Avenue
Garden City, NY 11530


Deccaid Services Inc.
94 J East Jefryn Blvd
Deer Park, NY 11729-5728


Deer Park
PO Box 856192
Louisville, KY 40285-6192


DeLage Landen
PO Box 41602
Philadelphia, PA 19101-1602


Delage Landen Financial
1111 Old Eagle School Rd.
Wayne, PA 19087


Deluxe For Business
PO Box 742572
Cincinnati, OH 45274-2572


DJJ Technologies
3116 Expressway Dr. South
Islandia, NY 11749

Dobbin, M.D., Dean I.
19 Lake Road
Great Neck, NY 11020

Doortronix, Inc
PO Box 93
Valley Stream, NY 11582

DR Systems, Inc.
10140 Mesa Rim Road
San Diego, CA 92121

Duffy & Duffy, PLLC
1370 RXR Plaza
West Tower, 13th Floor
Uniondale, NY 11556

Durr, Nina
8 Green Knoll Court
Northport, NY 11768

Earthlink Business
PO Box 88104
Chicago, IL 60680-1104

Ebsco Reception Room
Subscription Services
PO Box 830460
Birmingham, AL 35283-0460

Edelman, D.O., Sari
866 Preston Road
East Meadow, NY 11554

eDoc Publish Inc.
14752 Sinclair Circle
Tustin, CA 92780

Edward David & Associates
72 Eagle Rock Avenue
Suite 260
East Hanover, NJ 07936

Ehrenpreis, M.D., Robin
18 Pond Park Road
Great Neck, NY 11023


Elekta Inc.
PO Box 404199
Atlanta, GA 30384-4199


Elias C. Schwartz, PLLC
343 Great Neck Road
Attn: Elias C. Schwartz
Attys for 415 Northern Bl
Great Neck, NY 11021


Elizabeth Lustrin, M.D.
12 Fox Hunt Lane
Great Neck, NY 11020


Eric Last, D.O.
1046 Old Britton Road
Bellmore, NY 11710


Eric Schnipper, M.D.
218 Rock Creek Lane
Scarsdale, NY 10583


Essex Technology Group
201 West Passaic Street
Rochelle Park, NJ 07662


Expense Reduction Analyst
P.O. Box 956251
Saint Louis, MO 63195-6251


Extreme Repairs LLC
31 Circle Lane
Bay Shore, NY 11706


Federal Express Corp.
PO Box 223125
Pittsburgh, PA 15251-2125

Finger & Finger, P.C.
158 Grand Street
Attn: Kenneth Finger, Esq
Attys for Pamela Weber
White Plains, NY 10601


Fire Command Co. Inc.
Fire Protection Svcs
131-31 Merrick Road
Jamaica, NY 11434


Flexible Systems
380 Oser Avenue
Hauppauge, NY 11788


Florman Tannen, LLC
218-29 82nd Avenue
Queens Village, NY 11427


Ford Credit
Box 220564
Pittsburgh, PA 15257-2564


Fuld & Karp, PC
1963 Coney Island Ave
Brooklyn, NY 11223


Gair Gair Conason Steigma
80 Pine Street, 34th Flr.
New York, NY 10005


Gao, M.D., Yiming
24 West 55th Street
Apt. 10F
New York, NY 10019


Garden Cafe
2001 Marcus Avenue
New Hyde Park, NY 11042


Garden City Fire Dept.
PO Box 251
Garden City, NY 11530

GE Capital
PO Box 642333
Pittsburgh, PA 15264-2333


GE Healthcare
P.O. Box 640200
Pittsburgh, PA 15264-0200


GE Healthcare
3114 N. Grandview Blvd.
Mail Code W-544
Waukesha, WI 53188


GE Healthcare Financial
PO BOX 641419
Pittsburgh, PA 15264-1419


GE Healthcare IITS USA
15724 Collections Cntr Dr
Chicago, IL 60693


GE Medical Systems
P.O. Box 96483
Chicago, IL 60693


Gene Berkovich MD
926 Midway
Woodmere, NY 11598


General Electric Capital
PO Box 414
W-490
Milwaukee, WI 53201


General Welding Supply
600 Shames Drive
Westbury, NY 11590


Genzyme Biosurgery
62665 Collections Cntr Dr
Chicago, IL 60693-0626


Geraldine McGinty, M.D.
131 Avenue B, Apt. 3C
New York, NY 10009

Global HR Research
9530 Marketplace Road
Suite 301
Fort Myers, FL 33912


Granite Building 2 LLC
1999 Marcus Avenue
Suite 310
Lake Success, NY 11042


Guy Mintz, M.D.
287 Northern Blvd.
Great Neck, NY 11021


HALO Healthcare Inc.
19800 MacArthur Blvd.
Suite 650
Irvine, CA 92612


Hart Home Comfort
30 Montauk Blvd.
Oakdale, NY 11769


Health Care Ans Services
2415 Jerusalem Avenue
Suite 200
Bellmore, NY 11710


Henry Schein
P.O. Box 382023
Kathleen Petrokiewicz
Pittsburgh, PA 15250-8023


Hitachi Medical Systems
P.O. Box 78000
Dept. 781378
Detroit, MI 48278-1378


Hitatchi Medical Systems
1959 Summit Commerce Park
Twinsburg, OH 44087-2371


Hologic Inc.
24506 Network Place
Attn: Charlene Barbieri
Chicago, IL 60673-1245

Hologic, Inc.
35 Crosby Drive
Bedford, MA 01730


Home Depot Credit Svcs
Dept. 32-2503263844
PO Box 9055
Des Moines, IA 50368-9055


Horing Welkinson & Rosen
11 Hillside Avenue
Attn: Niles Welkinson
Counsel to Bruce Blakeman
Williston Park, NY 11596


Huntington Business Prod
115 Newtown Road
Plainview, NY 11803


iCAD, Inc.
98 Spit Brook Road
Suite 100
Nashua, NH 03062


ImageFIRST Laundry
PO Box 61323
King of Prussia, PA 19406


ImpediMed
5900 Pastuer Court
Suite 125
Carlsbad, CA 92008


Inc. Village of Hempstead
99 Nichols Court
PO Box 32
Hempstead, NY 11551


Insperity Business Svcs
Insperity Selected Svc
19001 Crescent Springs Dr
Mail Code 3-2340
Kingwood, TX 77339

Int'l Recovery Assoc
195 Smithtown Blvd
Nesconset, NY 11767


Integ Systems Corporate
22 Shelter Rock Lane
Danbury, CT 06810-8267


Interlight
7939 New Jersey Avenue
Hammond, IN 46323-3040


International Recovery As
195 Smithtown Blvd.
Nesconset, NY 11767


Invivo Corporation
P.O. Box 100355
Atlanta, GA 30384-0355


Invivo Corporation
3650 NE 53rd Avenue
Gainesville, FL 32609


Isreal, Isreal & Purdy
11 Grace Avenue
Suite 111
Great Neck, NY 11020


Ivans Inc.
PO Box 850001
Orlando, FL 32885-0033


J&J Health Care Systems
5972 Collections Center D
Chicago, IL 60693


Jay Bosworth, M.D.
26 Bayside Drive
Great Neck, NY 11023


Jaya Dasgupta MD
11 Kinsale Court
Wappingers Falls, NY 12590

Jed Pollack, M.D.
5 Myrtle Drive
Great Neck, NY 11021

Jefferson Medical & Imagi
P.O. Box 254
Oak Ridge, NJ 07438

John Lanzone, M.D.
173 Mineola Blvd.
Mineola, NY 11501

Joseph Szcznesiak, M.D.
1077 Northern Blvd.
Roslyn, NY 11576

Joseph Zito, M.D.
80 Remington Road
Manhasset, NY 11030

Joshua Kern, M.D.
4 Clearmeadow Ct.
Woodbury, NY 11797

JRT Associates
5 Nepperhan Avenue
Suite 2B
Elmsford, NY 10523

Julian Safir, M.D.
c/o E. Safir
1 Kensington Gate #305
Great Neck, NY 11021

Kavini Mehta, M.D.
11 Birchwood Court East
Syosset, NY 11791

Key Equipment Finance
1000 South McCaslin Blvd.
Louisville, CO 80027

Key Equipment Finance
PO Box 974713
Cleveland, OH 44194

Kim Podolnick, M.D.
405 Chestnut Drive
Roslyn, NY 11576


Knockout Pest Control Inc
1009 Front Street
Uniondale, NY 11553


Konica Minolta Medical
Department 2272
PO Box 122272
Dallas, TX 75312-2272


Kramer, Dillof, Livingsto
217 Broadway
New York, NY 10007


Krames StayWell
PO Box 90477
Chicago, IL 60696-0477


L&J Plumbing & Heating
274 South First St
PO Box 532
Lindenhurst, NY 11757


Lake Park 105 Froehlich F
c/o CLK-Houlihan Parnes
7600 Jericho Turnpike
Suite 400
Woodbury, NY 11797


Landauer Inc.
PO Box 809051
Chicago, IL 60680-9051


Lazer, Aptheker, Rosella
225 Old Country Rd.
Attn: James E. Devine
Counsel to Lake Park 105
Melville, NY 11747


LEAF
PO Box 644006
Cincinnati, OH 45264-4006

Leslie Feld, M.D.
455 E. 86th Street, #31A
New York, NY 10028


Liberty Ashes
PO Box 30126
Elmont, NY 11003-0126


LifeLine Software, Inc.
2407 Pemberton Place
Austin, TX 78703


LIJ Staff Society
270-05 76th Ave
New Hyde Park, NY 11040


Lisa Rosenberg M.D.
20 Shutter Lane
Oyster Bay, NY 11771


Lisa Rosenberg, M.D.
20 Shutter Lane
Oyster Bay, NY 11771


Loeb & Loeb
345 Park Avenue
Attn: Mark Goldberg, Esq.
New York, NY 10154


Logman, M.D., Zhanna
218 Cedrus Avenue East
East Northport, NY 11731


Long Beach Surgical
17 Alabama Avenue
Island Park, NY 11561


Lori Kelly, M.D.
202 Aldershot Lane
Manhasset, NY 11030


Luxaire
830A Atlantic Avenue
Baldwin, NY 11510

Luxaire H.V.A.C. Services
830A Atlantic Avenue
Baldwin, NY 11510

Lynn Medical
PO Box 930459
Wixom, MI 48393-0459

M&T Bank
Attn: Equipment Leasing
P.O. Box 62176
Baltimore, MD 21264

M&T Trust Company
One M&T Plaza
Buffalo, NY 14203

Madonna  Mangement Svcs
131 Sunnside Blvd
Plainview, NY 11803

Magic Pest Mgmt. LLC
59-01 Kissena Blvd
Flushing, NY 11355

Mallinckrodt LLC
675 McDonnell Boulevard
Hazelwood, MO 63042

Mallinkrodt, Inc.
P.O. Box 13667
Newark, NJ 07188-0667

Manhasset Venture LLC
P.O. Box 6203
Dept. SNYM0237/LMANHD106
Hicksville, NY 11802-6203

Margolin, Winer & Evens
400 Garden City Plaza
5th Floor
Attn: Al Materazzo
Garden City, NY 11530-3323

Mauer Foundation
120 Commerce Drive
Suite 106
Hauppauge, NY 11788


Mayco Building Services
385 West Main Street
Babylon, NY 11702


McKesson
PO Box 841838
Dallas, TX 75284-1838


Med Net Technolgies
Billing & Accounting
Suite 225
115 Broadhollow Road
Melville, NY 11747-4992


Medex Imaging Inc.
4016 Atlantic Avenue
Brooklyn, NY 11224


Media America, Inc.
PO Box 682268
Franklin, TN 37068-2268


Medical Arts Press Corp.
PO Box 37647
Philadelphia, PA 19101-0647


Medico-Mart Inc.
2323 Corporate Drive
Waukesha, WI 53189


MegaPath
Dept. 33408
PO Box 39000
San Francisco, CA 94139-0001


Melvin Klein, M.D.
1201 Northern Blvd.
Manhasset, NY 11030

Merck Sharp & Dohme Corp.
P.O. Box 5254
Carol Stream, IL 60197-5254


Merge Healthcare
900 Walnut Ridge Dr
Hartland, WI 53029


Meyer, Suozzi, English &
900 Stewart Avenue
Suite 300
Attn: Howard Kleinberg
Garden City, NY 11530


Michael L. Soshnick, Esq.
190 Willis Avenue
Suite 112
Mineola, NY 11501


Michael Messina
232 N Hickory St
Massapequa, NY 11758-2924


Mid-American Calibrations
808 SW Nautica Court
Lees Summit, MO 64082-2329


Mineola Florist & Gift
143 Mineola Blvd
Mineola, NY 11501


Mirion Technologies (GDS)
PO Box 101301
Pasadena, CA 91189-0005


MMP
P.O. Box 6
Indianapolis, IN 46206-0006


MPM Medical Supply
265 Willow Brook Road
Unit 10
Freehold, NJ 07728

Mr. Sign
57 Park Avenue
Bay Shore, NY 11706-7314


N.D.X. Corp.
35-10 150 Street
Suite 2E
New Hyde Park, NY 11042


Nassau Cnty Police Dept
Communications Bureau,
Alarm Permit Section
1490 Franklin Ave
Mineola, NY 11501


Nassau Cnty Public Safety
Communications Bureau
Police Arms Permits
1194 Prospect Avenue
Westbury, NY 11590


National Government Svcs
PO Box 809646
Chicago, IL 60680-9645


National Grid
PO Box 11791
Newark, NJ 07101-4791


NEFCU
1000 Corporate Drive
Westbury, NY 11590


Nestle Pure Life Direct
PO Box 856192
Louisville, KY 40285-6192


New York American Water
PO Box 371332
Pittsburgh, PA 15250-7332


New York Legal Publishing
136 Railroad Ave
Albany, NY 12205

New York Printing Company
2096 Grand Avenue
Baldwin, NY 11510


New York University Medic
530 First Avenue
Attention Legal Dept.
New York, NY 10016


Nicholas James MD FACC
230 Hilton Avenue
Suite 115


Nicholas James, M.D.
230 Hilton Avenue
Suite 20
Hempstead, NY 11550


Nina Vincoff, M.D.
58 Old Estate Road
Manhasset, NY 11030


Nixon A/R
500 Centerpoint Blvd.
New Castle, DE 19720


Nixon Peabody LLP
50 Jericho Quadrangle
Suite 300
Jericho, NY 11753-2728


No. Shore Ans Svc Inc
1001 New Jersey Ave
#1116
Absecon, NJ 08201-8054


No. Shore Fire Equipment
12 Bay Avenue
Oyster Bay, NY 11771-1507


No. Shore Physican Org
60 Cutter Mill Rd.
Suite 500
Great Neck, NY 11021

Nth Technologies, Inc.
1235 North Loop West
Suite 301
Fort Myers, FL 33912


Nuclear Diagnostic Prod
101 Roundhill Drive
Attn: Zena Silva
Rockaway, NJ 07866


NY Imaging
1 D'Alfonso Road
Newburgh, NY 12550


NY Legal Publishing Corp
136 Railroad Ave. Ext
Albany, NY 12205


NYC Dept. of Finance
General Corporation Tax
PO Box 3922
New York, NY 10008-3922


NYC Fire Dept
Church St. Station
PO Box 840
New York, NY 10008-0840


NYS Dept of Health
Bureau of Env
Radition Protection
ESP Corning Tower 12 flr
Albany, NY 12237


Office Systems Servicing
33 Peter Lane
New Hyde Park, NY 11040


OpenDoctors 24/7, Inc.
1 State Street Plaza
24th Floor
New York, NY 10004


Pamela Weber, M.D.
51 Crossway
Scarsdale, NY 10583

Patricia McMahon
73 Avis Drive
East Meadow, NY 11554

Patrick Vetere, M.D.
187 Foxhollow Rd
Woodbury, NY 11797

Paul Cayea, M.D.
11 Verity Lane
Roslyn, NY 11576

Paul Lang, M.D.
31 Orchard Drive
Woodbury, NY 11797

Paul Schorr, M.D.
329 West 108th Street
New York, NY 10025

Pegalis & Erickson, LLC
1 Hollow Lane, Suite 107
New Hyde Park, NY 11042

PEO Spectrum Inc.
143 E. Main Street
Floor 2
Smithtown, NY 11787

Physician's Resource
306 Country Club Dr.
Mountain Top, PA 18707

Pitney Bowes Global Fin.
PO Box 371887
Pittsburgh, PA 15250-7887

Platzer, Swergold, Levine
475 Park Avenue South
18th Floor
New York, NY 10016

Plaza 230 Condominium Ass
458 Scranton Avenue
c/o William J. Hendrick
Attorney at Law
Lynbrook, NY 11563

Poland Spring Corp.
PO Box 856192
Attn: Special Billing
Louisville, KY 40285-6192

Pollak, M.D., Stanley T&E
71 Forest Avenue
Nesconset, NY 11767

Practis, Inc.
8720 Red Oak Blvd
Suite 220
Charlotte, NC 28217

Prasanna Vasudevan MD
175 East 96th Street
Apt. 7M
New York, NY 10128

Precision Microproduct
1 Comac Loop Unit #13
Ronkonkoma, NY 11779

Premier Care Management
3276 Hempstead Tpke.
Levittown, NY 11756

Progressive Waste
1198 Prospect Avenue
Attn. Mary
Westbury, NY 11590-2723

ProHealth Realty, LLC
2800 Marcus Avenue
Attn: Elizabeth Gatcombe
Lake Success, NY 11042

Prorad Diagnostic Ltd
PO Box 173
Glen Head, NY 11545

Proskauer Rose LLP
Eleven Times Square
Attn: Audrey Bender, Esq.
Attys for Premier Care
New York, NY 10036


PSEGLI
P.O. Box 888
Hicksville, NY 11802-0888


PSS World Medical Inc.
62046 Collections Cntr Dr
Chicago, IL 60693-0620


Qfix
440 Church Road
Avondale, PA 19311


R.Mastrangelo Landscaping
90 Dix Highway
Huntington Stati, NY 11746


Radiation Detection Co.
PO Box 9000
Georgetown, TX 78626


Rappaport, Glass, Levine,
1355 Motor Parkway
Hauppauge, NY 11749


Ratner, Sanford B. (Rent)
206-15 Hillside Ave
Queens Village, NY 11427


Richard Colucci
101 Second Street
Garden City, NY 11530


Robert Blake, M.D.
8 Third Place
Garden City, NY 11530


Robert D. Rosen, Esq.
55 Bryant Avenue
Roslyn, NY 11576

Robert Perlmutter, M.D.
2 Lincoln Avenue
Rockville Centre, NY 11570


Robinowitz Cohlan Dubow &
199 Main Street
White Plains, NY 10601


Roe Taroff & Taitz, LLP
One Corporate Drive
Suite 102
Bohemia, NY 11716


Ronemus & Vilensky
112 Madison Avenue
2nd Floor
New York, NY 10016


Ruskin Moscou Faltischek
1425 Rexcorp Plaza
East Tower, 15th Floor
Attn: Melvyn Ruskin
Uniondale, NY 11556-1425


RXR 105 Froehlich Farm
Boulevard Owner LLC
625 RXR Plaza
Attn: Molly Siegal
Uniondale, NY 11556


RXR Woodbury Properties
P.O. Box 422
Laurel, NY 11948


Sanford B. Ratner
206-15 Hillside Avenue
Queens Village, NY 11427


Sanford Ratner, M.D.
393 Old Courthouse Road
New Hyde Park, NY 11040


Scion MedicalTechnologies
90 Oak Street
Newton Upper Fal, MA 02464-1439

Scott Hotel Associates
c/o PRD Realty Corp.
19 West 34h Street
Suite 918
New York, NY 10001


Scott Hotel Company
19 West 34th Street
New York, NY 10001


Securenet
16-03 Francis Lewis Blvd
Whitestone, NY 11357


Sedgwick LLP
135 Main Street
14th Floor
San Francisco, CA 94105


Sheila Terry
211-10 18th Avenue
Bayside, NY 11360


Shred-It-USA Inc
PO Box 29864
New York, NY 10008-7986


Siegle & Sims L.L.P.
217 Broadway, Suite 611
New York, NY 10007


Siemens Financial Servs.
170 Wood Avenue South
Iselin, NJ 08830


Siemens Medical Solutions
The Bank of Mellon
P.O. Box 120001 Dept 0733
Attn: Bill Gowen
Dallas, TX 75312-0733


Siemens Medical Solutions
51 Valley Stream Pkwy.
Malvern, PA 19355

Silberstein Awad & Miklos
600 Old Country Road
Garden City, NY 11530


Sills Cummis & Gross, PC
30 Rockefeller Plaza
New York, NY 10112


Siriam Naidu, MD, FACP
877 Stewart Ave.
Suite 12
Garden City, NY 11530-4803


Smilemakers
PO Box 2543
Spartanburg, SC 29304


Smith, M.D., Robin
12 Fern Drive West
Jericho, NY 11753


Softlinx, Inc.
100 Riverpark Drive
North Reading, MA 01864-2620


Solan, M.D., Amy
34 North 7th Street, Apt.
Brooklyn, NY 11249


South Shore Records Mgmt
3067 New Street
Oceanside, NY 11572


Spanier Building Maint
PO Box 549
Syosset, NY 11791


Spreemo Medical
88 Pine Street
11th Floor
New York, NY 10005

SQN Echo II, LLC
110 William Street
26th Floor
New York, NY 10013


Sriram Naidu, M.D.
877 Stewart Avenue
Suite 12
Garden City, NY 11530


Stage 2 Networks
70 West 40 Street
7th Floor
New York, NY 10018


Stanley Steamer
79 East Jefryn Blvd
Deer Park, NY 11729-5713


Stephanie Sims, M.D.
6 Falcon Road
Roslyn, NY 11576


Stericycle Inc.
PO Box 6582
Carol Stream, IL 60197-6582


Sterling National Bank
500 Seventh Avenue
Attn: Michael Laurie
New York, NY 10018-4603


Steven Blumenthal, M.D.
Blumenthal Cardiology
1165 Northern Blvd.
4th Floor
Manhasset, NY 11030


Stewart Commercial Assoc
c/o PRD Realty Corp.
19 West 34th Street
Suite 918
New York, NY 10001

Stewart Commercial Assoc.
19 West 34th Street
New York, NY 10001


Storage Qtrs Records Mgmt
999 Stewart Avenue
Garden City, NY 11530


Stuart Okin MD
214-06 16th Avenue
Bayside, NY 11360


Stuart Okin, M.D.
214-06 16th Avenue
Bayside, NY 11360


Supermedia LLC
Acct. Receivable Dept
PO Box 619009
DFW Airport
Dallas, TX 75261-9009


Tara Wegner
108 Parkhill Avenue
Massapequa, NY 11758


Taryn Ross
125 East 87th Street
Apt. 10H
New York, NY 10128


TCCS Inc.
84-04 266 St.
Floral Park, NY 11001


Technical Difference Inc
5256 S. Mission Rd
Suite 210
Bonsall, CA 92003


Technology Imaging Servic
PO 3589
Youngstown, OH 44513

TelTech Systems Inc.
102 Main Street
Garnerville, NY 10923


The Feil Organization
7 Penn Plaza, Suite 618
Attn: Nicholas Forelli
New York, NY 10001


The Greenberg, Dresevic,
1983 Marcus Boulevard
Suite 106
Attn: Joel M. Greenberg
New Hyde Park, NY 11042


TheraCom, LLC
Payment Center
PO Box 640105
Cincinnati, OH 45264-0105


ThyssenKrupp Elevator
990 Stewart Avenue
Garden City, NY 11530


TMI Management, LLC
1100 Franklin Avenue, LLC
39 Bramble Lane
Melville, NY 11747


Treeline 990 Stewart LLC
c/o Lincoln Equities Grp.
990 Stewart Avenue
Attn: Bruce Blakeman
Garden City, NY 11530


Tricom Technology
445 Broadhollow Road
Suite 25
Melville, NY 11747


TriNet Group, Inc.
1350 Walt Whitman Rd.
#210
Melville, NY 11747

TriNet HR Corporation
1350 Walt Whitman Road
#210
Melville, NY 11747


U.S. Bank Equipment Finan
1310 Madrid Street
Marshall, MN 56258


Ultrasound Solutions Corp
P.O. Box 428
Nesconset, NY 11767


Unitex Textile Rental
155 So. Terrace Avenue
Mount Vernon, NY 10550


Univ of Wisconsin-Madison
1111 Highland Ave.
Rm B1002 WIMR
Accts Receivable-UWMRRC
Madison, WI 53705-2275


UPS
PO Box 7247-0244
Philadelphia, PA 19170-0001


US Bank Equipment Finance
P.O. Box 790448
Saint Louis, MO 63179-0448


UTMD Anderson Cancer Cntr
The University of Texas
PO Box 4390
Houston, TX 77210-4390


VanArsdale Innovative Prd
PO Box 10853
Pensacola, FL 32524-0853


Varian Medical Systems
70140 Network Place
Chicago, IL 60673-1701

Vasudevan, M.D., Prasanna
175 East 96th Street
Apt. 7M
New York, NY 10128


Verizon
PO Box 1100
Albany, NY 12250


Vitality Drugs & Surgical
257-07 Union Tpke
Glen Oaks, NY 11004


VITERA
P.O. Box 203658
Dallas, TX 75320-3658


Vygon
Advanced Medical Sys
PO Box 8500-7426
Philadelphia, PA 19178-7426


We're Associates Company
100 Jericho Quadrangle
Attn: Harol Rechler, Esq.
Jericho, NY 11753


WebBank
6440 S. Wasatach Blvd.
Suite 300
Salt Lake City, UT 84121


Weeks-Lerman Group, LLC
58-38 Page Place
P.O. Box O
Maspeth, NY 11378


Weiss, Zarett, Brofman &
3333 New Hyde Park Road
Suite 211
Attn: Michael D. Brofman
New Hyde Park, NY 11042

Westerman Ball Ederer
Miller & Sharfstein
1201 RXR Plaza
Attn: Greg S. Zucker
Uniondale, NY 11556


Western Nassau Orthopedic
137 Willis Avenue
Mineola, NY 11501


White and Williams LLP
One Penn Plaza
41st Floor, Suite 4110
Attn: Mitchell G. Mandell
New York, NY 10119


William Berger, M.D.
2001 Marcus Avenue
New Hyde Park, NY 11042


William Penn
PO Box 740527
Atlanta, GA 30374-0527


Wingate, Russotti, Shapir
420 Lexington Avenue
#2750
New York, NY 10170


Winters Bros Recycling
PO Box 630052
Dallas, TX 75263-0052


Winthrop Pediatrics Assn
222 Station Plaza North
Suite 611
Attn - Lisa Malikin
Mineola, NY 11501


Winthrop Univ Hospital
Medical Staff Services
222 Station Plaza North
Suite 408
Mineola, NY 11501

XCL Business Products Inc
97 Marcus Blvd.
Hauppauge, NY 11788


Xerox Financial
P.O. Box 202882
Dallas, TX 75320-2882


XO Communications
14239 Collections Center
Chicago, IL 60693


Yiming Gao, MD
24 West 55th St
Apt 10F
New York, NY 10019


Zhanna Logman, M.D.
218 Cedrus Avenue East
East Northport, NY 11731


Zimmer
PO Box 414666
Boston, MA 02241-4666


ZIRMED INC.
1311 Solutions Center
Chicago, IL 60677-1311


Zotec Partners, LLC
P.O. Box 3292
Indianapolis, IN 46206-3292