UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In re:

NRAD MEDICAL ASSOCIATES, P.C.,

                              Debtor.

----------------------------------------------------------x

Chapter 11

Case No. 15-72898 (LAS)

**DECLARATION OF NAT WASSERSTEIN PURSUANT TO
FEDERAL RULE OF BANKRUPTCY PROCEDURE 1007 AND LOCAL
<u>RULE 1007-4 REGARDING DEBTOR'S TWENTY LARGEST UNSECURED CREDITORS</u>**

Nat Wasserstein declares pursuant to 28 U.S.C. § 1746 as follows:

1.    Pursuant to Federal Rule of Bankruptcy Procedure 1007 and Rule 1007-4 of the Local Rules for the United States Bankruptcy Court for the Eastern District of New York, annexed hereto as **Exhibit A** is a true and correct list of the Debtor's twenty largest general unsecured creditors in the above-captioned chapter 11 case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 9, 2015

                                                              <u> */s/ Nat Wasserstein*        </u>
                                                                 Nat Wasserstein

# **EXHIBIT A**

| Name of Creditor | Amount | Contingent, Unliquidated, Disputed or Subject to Setoff | Nature of the Debt |
|---|---|---|---|
| Jay Bosworth, M.D.<br>26 Bayside Drive<br>Great Neck, New York 11023<br>Email: jujay@yahoo.com | $1,832,742.10 | Severance portion is contingent | Former Shareholder –<br><br>Redemption promissory note / severance |
| Joseph Zito, M.D.<br>80 Remington Road<br>Manhasset, New York 11030<br>Email: flosygirl@aol.com | $1,419,692.27 | | Former Shareholder –<br><br>Redemption promissory note / employment contract |
| Julian Safir, M.D.<br>1 Kensington Gate #305<br>Great Neck, New York 11021<br>Email: jsafirmd@aol.com | $1,356,650.54 | | Former Shareholder –<br><br>Redemption promissory note / employment contract |
| Corinne Tobin, M.D.<br>171 Aldershot Lane<br>Manhasset, New York 11030<br>Email: rittertob@aol.com | $1,171,164.12 | | Former Shareholder –<br><br>Redemption promissory note / employment contract |
| Elizabeth Lustrin, M.D.<br>12 Fox Hunt Lane<br>Great Neck, New York 11020<br>Email: llustrin@aol.com | $821,042.25 | | Former Shareholder –<br><br>Redemption promissory note / employment contract |

| Name of Creditor | Amount | Contingent, Unliquidated, Disputed or Subject to Setoff | Nature of the Debt |
|---|---|---|---|
| Geraldine McGinty, M.D.<br>131 Avenue B, Apt. 3C<br>New York, New York 10009<br>Email: geraldinemcginty@gmail.com | $713,537.04 | | Former Shareholder –<br><br>Redemption promissory note / employment contract |
| David Kaplan, M.D.<br>14 Split Rock Lane<br>Syosset, New York 11791<br>Email: dkaplan888@aol.com | $524,146.89 | | Former Shareholder –<br><br>Redemption promissory note / employment contract |
| Alice Kim, M.D.<br>14 Split Rock Lane<br>Syosset, New York 11791<br>Email: akim888@aol.com | $515,480.48 | | Former Shareholder –<br><br>Redemption promissory note / employment contract |
| Jed Pollack, M.D.<br>5 Myrtle Drive<br>Great Neck, New York 11021<br>Email: jedpollack@verizon.net | $401,244.62 | | Former Shareholder –<br><br>Redemption promissory note / employment contract |
| GE Medical Systems, Inc.<br>P.O. Box 96483<br>Chicago, Illinois 60693<br>Attn: Shah Khan<br>Email: shah.khan@ge.com | $397,390.98 | | Trade debt |
| Varian Medical Systems, Inc.<br>70140 Network Place<br>Chicago, Illinois 60673<br>Attn: Richard Barker<br>Email: richard.barker@varian.com | $370,220.25 | | Trade debt |

| Name of Creditor | Amount | Contingent, Unliquidated, Disputed or Subject to Setoff | Nature of the Debt |
|---|---|---|---|
| Hologic Inc.<br>24506 Network Place<br>Chicago, Illinois 60673<br>Attn: Charlene Barbieri<br>Email: charlene.barbieri@hologic.com | $295,888.40 | | Trade debt |
| Henry Schein<br>P.O. Box 382023<br>Pittsburgh, Pennsylvania 15250<br>Attn: Kathleen Petrokiewicz<br>Email: kathleen.petrokiewicz@henryschein.com | $261,445.53 | | Trade debt |
| Lori Kelly, M.D.<br>202 Aldershot Lane<br>Manhasset, New York 11030<br>Email: lorihkelly@aol.com | $235,780.69 | | Former Shareholder –<br><br>Redemption promissory note / employment contract |
| Siemens Medical Solutions USA, Inc.<br>c/o The Bank of NY Mellon<br>P.O. Box 120001 Dept 0733<br>Dallas, Texas 75312<br>Attn: Bill Gowen<br>Email: Bill.Gowen@Siemens.com | $232,234.20 | | Trade debt |
| Bilha Fish, M.D.<br>4 E 82Nd Street<br>New York, New York 10028<br>Email: sunset5252@aol.com | $227,963.71 | | Former Shareholder –<br><br>Redemption promissory note / employment contract |
| MMP<br>P.O. Box 6<br>Indianapolis, Indiana 46206<br>Email: lstyke@zotecpartners.com | $215,321.52 | | Trade debt |

| Name of Creditor | Amount | Contingent, Unliquidated, Disputed or Subject to Setoff | Nature of the Debt |
|---|---|---|---|
| M&T Bank<br>Attn: Equipment Leasing<br>P.O. Box 62176<br>Baltimore, Maryland 21264<br>Email: csinger@mtb.com<br><br>Manufacturers and Traders Trust Company<br>Roe Taroff & Taitz, LLP<br>One Corporate Drive, Suite 102<br>Bohemia, New York 11716<br>Attn: Steven Taitz<br>s.taitz@rttllp.com | $213,755.60 | | Trade debt |
| Kim Podolnick, M.D.<br>405 Chestnut Drive<br>Roslyn, New York 11576<br>Email: kpodolnick@nrad.com | $197,764.79 | | Former Shareholder –<br><br>Redemption promissory note / employment contract |
| Nuclear Diagnostic Products<br>101 Roundhill Drive<br>Rockaway, New Jersey 07866<br>Attn: Zena Silva<br>Tel: 516-575-4201 | $197,764.28 | | Trade debt |