UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In Re:

NRAD Medical Associates, P.C.

                              Case no:   815-72898-las
                               Chapter 11

                          Debtor(s).
------------------------------------------------------------------X

# APPOINTMENT OF THE OFFICIAL COMMITTEE
# OF UNSECURED CREDITORS

        Under 11 U.S.C. section 1102(a)(1), the following creditors of the above captioned debtor, being among the largest unsecured claimants and who are willing to serve, are appointed to the Official Committee of Unsecured Creditors:

1. **David Kaplan, M.D.**
   14 Split Rock Lane
   Syosset, NY 11791

2. **Henry Schein**
   135 Duryea Road
   Melville, NY 11747

3. **Julian Safir, M.D.**
   37 Clocktower Lane
   Old Westbury, NY 11568

4. **Nuclear Diagnostic Prod**
   101 Roundhill Drive
   Rockaway, NJ 07866

5. **415 Northern Blvd. Realty**
   239 Great Neck Road
   Great Neck, NY 11021

Dated: Central Islip, New York
        August 13, 2015

                                                  /s/ Christine H. Black
                                                  Christine H. Black
                                                  Assistant United States Trustee